IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KOEURN ROEUN,

      Petitioner,                      No. CIV S-10-0071 GGH P

   vs.

MATTHEW CATE,

      Respondent.                   <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

      2. Petitioner's reply, if any, shall be filed and served within twenty-eight days of service of an answer;

      3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within twenty-eight days of service of the motion, and respondents' reply, if any, shall be filed within fourteen days thereafter; and

      4. The Clerk of the Court shall serve a copy of this order, *the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court* together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: January 25, 2010

    /s/ Gregory G. Hollows

GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

GGH:md  
roeu0071.100.fee